In the Matter of the Estate of FERDINAND SINONSOL, Deceased.— Decree affirmed, with costs. All concur. (The decree directs restoration of a sum of money to the estate in a discovery proceeding.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

FLOYD W. WHITMAN, Respondent, v. IRVING AIR CHUTE COMPANY and Others, Appellants, and THE WAITE SILK COMPANY, Defendant.— Order modified by striking from the subjects for examination specified in the order paragraph 1 thereof and the words " and the reason therefor " at the end of paragraph 3, and as modified affirmed, without costs. All concur. (The order denies a motion to vacate a notice to take testimony before trial in a stockholder's action to compel an accounting for alleged misappropriation and profits.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

LEONARD POPPELWELL, as Guardian ad Litem of MARY POPPELWELL, an Infant, etc., Respondent, v. CITY OF ROCHESTER, Appellant. LEONARD POPPELWELL, Respondent, v. CITY OF ROCHESTER, Appellant.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of Cooper v. Village of Brockport (ante, p. 571), decided October 10, 1935. All concur. (The order granted a motion for oral examination before trial in an action to recover damages for injuries sustained by breaking of a link in a swing in a city playground.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

EDWARD S. BRAYER, Respondent, v. ALBERT F. WELLER, Appellant, and Others, Defendants.— Judgment affirmed, with costs. All concur, except Thompson and Crosby, JJ., who dissent and vote for reversal of the judgment of the County Court and affirmance of the judgment of the City Court. (The judgment of Monroe County Court reverses a City Court of Rochester, Civil Branch, judgment for appellant in an action to recover on a joint bank deposit.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

In the Matter of the Petition of ELIZABETH M. CAULKINS and Another, as Executors, etc., of LINDLEY G. CAULKINS, Deceased, Appellants, to Compel FLOYD W. LEEPY, as Executor, etc., of JOSEPH LEEPY, Deceased, Respondent, to Render and Settle His Account as Such Executor.— Decree affirmed, with costs. All concur. (The decree allows in part a claim for board and lodging of decedent.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SYRACUSE TRUST COMPANY, as Trustee of the Trusts Created by RICHARD MATHER and Others, and as Administrator, etc., of KATHERINE MATHER SIMMS, Deceased, Respondent, v. FRANK J. WINSLOW and Others, as Assessors of the City of Utica, Oneida County, New York, and Another, Appellants.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements. All concur. (The order directs a reference in a proceeding to review an assessment.) Present — Sears, P. J., Taylor, Thompson and Crosby, JJ.